■ PETER M. RIVERA, Respondent, v DAVID VIERA et al., Appellants. [666 NYS2d 922] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered September 16, 1996, which, insofar as appealed from as limited by defendants' brief, upon a search of the record, dismissed defendant Arthur Ramos' counterclaim for conversion as barred by the Statute of Limitations, unanimously affirmed, with costs.

The counterclaim is for conversion, and is barred by the three-year limitations period of CPLR 214 (3). We reject defendant's argument that his pleading alleges a breach of fiduciary duty by an attorney to his client to which the six-year limitations period of either CPLR 213 (1) or (2) applies. Concur—Sullivan, J. P., Ellerin, Nardelli and Tom, JJ.

■ In the Matter of GARY FARRELL, a Disbarred Attorney. [669 NYS2d 1016] —Respondent's motion for a change of venue, vacatur of the order of disbarment, and for other relief, denied in its entirety. No opinion. Concur—Milonas, J. P., Rosenberger, Ellerin, Nardelli and Rubin, JJ.

■ In the Matter of STEVEN S. EZON, a Disbarred Attorney. [669 NYS2d 1016] —Motion granted and petitioner reinstated as an attorney and counselor-at-law in the State of New York effective January 20, 1998, as indicated. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach, Nardelli and Mazzarelli, JJ.